IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC LANGE, et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 5:15-cv-00859-JRA |
| | ) | |
| vs. | ) | JUDGE ADAMS |
| | ) | MAG. JUDGE LIMBERT |
| CORNWELL QUALITY TOOLS CO. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF ROBERT M. GIPPIN
IN SUPPORT OF
MOTION FOR SANCTIONS**

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) SS |
| COUNTY OF SUMMIT | ) |

ROBERT M. GIPPIN, being of lawful age and sworn according to law, states as follows:

1.      I am counsel for the Cornwell Quality Tools Company in the present matter.  I have been admitted to the practice of law since 1973, with substantial experience in commercial litigation.

2.      On May 4, 2015, I sent the letter attached as Exhibit A to Plaintiffs' counsel, noting the violation of Fed. R. Civ. Proc. 11 by the filing of the Complaint and asking that it be withdrawn by voluntary dismissal.  I received no response to the letter.

3.      On June 23, 2015, I sent the Motion for Sanctions attached as Exhibit B to Plaintiffs' counsel by email and regular mail.

4.      I have not received notice that the Complaint has been or will be dismissed by Plaintiffs' counsel.

5.      I have done all of the work on the Motion to Dismiss and the Motion for Sanctions.  I

1

spent in excess of 30 hours to do so, which I consider to have been efficient. At the rate of $250.00 per hour, which in my experience is reasonable in Northeast Ohio, the attorney fees for the work would have the value of $7,500.00.

AFFIANT STATES NOTHING FURTHER.

_____
Robert M. Gippin

Sworn to and subscribed before me this 16th day of July, 2015

_____
Notary Public

Heather J. Koerner
Resident Summit County
Notary Public, State of Ohio
My Commission Expires: 12/10/2018