# EXHIBIT A




FOUNDED 1885

ROBERT M. GIPPIN
ATTORNEY AT LAW
EMAIL: RGIPPIN@RLBLLP.COM
DIRECT DIAL: (330) 315-3400

May 4, 2015

**Via Email and Regular U.S. Mail**

Timothy A. Shimko
Timothy A. Shimko & Associates, LPA
1010 Ohio Savings Plaza
1801 East 9th Street
Cleveland, OH 44114
tas@shimkolaw.com

and

Charles E. Dunlap
7330 Market Street
Youngstown, Ohio 44512
Cedunlap76@charlesdunlaplaw.com

Re: Demand for Dismissal of *Lange v Cornwell*, USDC Case No. 5:15-cv-00859-JRA

Dear Mr. Shimko and Mr. Dunlap:

The Complaint in the above-referenced action was signed and filed by you in violation of FRCP 11(b). It is barred by res judicata. *Bachrach v. Cornwell Quality Tools Company* ("*Bachrach I*"), 2011 Ohio 2498, *app. juris. declined*, 2011 Ohio 5129 (S.Ct.) and *Bachrach v. Cornwell Quality Tools Company* ("*Bachrach II*"), 2014 Ohio 5778.

We accordingly demand that it be withdrawn by voluntary dismissal immediately.

Very truly yours,

ROBERT M. GIPPIN